FILED
2018 Nov-27  PM 03:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **FREDERICK O'DELL,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO.** |
| ) | **5:18-cv-01763-HNJ** |
| **WALMART STORES, INC. ,** ) | |
| **WAL-MART STORES EAST, L.P., et** ) | |
| **al.** ) | |
| ) | |
|     **Defendants.** ) | |

_____

## QUALIFIED HIPAA PROTECTIVE ORDER
_____

The parties are hereby granted the right, upon compliance with the applicable discovery provisions of the *Federal Rules of Civil Procedure* and the orders of this court, to obtain from any health care provider, health plan, or other entity covered by the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191, 110 Stat. 1936 (1996) ("HIPAA"), any and all information relating to the past, present, or future medical condition of any individual who is a party to this action, (or the decedent or ward of a party who sues in a representative capacity), as well as any and all information relating to the provision of health care to such individual and payment for the provision of such health care.

This order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose the Protected Health Information in response to such request or subpoena. This order is intended to authorize such disclosures under the privacy regulations issued pursuant to HIPAA. 45 C.F.R. §164.512(e)(1)(i).

Subject to the provisions of Rule 26 of the *Federal Rules of Civil Procedure* pertaining to the scope and limits of discovery, the attorneys for the parties to this lawsuit may request an interview with any health care provider, health plan administrator, or other individual in connection with the aforementioned Protected Health Information or payments regarding same. Such health care provider, health plan administrator, or other individual may grant or deny a request for an interview.

The parties are expressly prohibited from using or disclosing the protected health information obtained pursuant to this order for any purpose other than this action. Further, the parties are ordered to either return to the covered entity from whom or which such protected health information was obtained, or to destroy the protected health information (including all copies made), immediately upon conclusion of this action. See 45 C.F.R. §§ 163.502(b); 164.512(e)(1)(v).

A photocopy of this Order shall be deemed as an original.

DONE and ORDERED this 27th day of November, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE