UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| FREDERICK O'DELL, | ) |
| Plaintiff | ) |
| vs. | ) Case No.   5:18-cv-01763-HNJ |
| WALMART STORES, INC., et al., | ) |
| Defendants | ) |

**O R D E R**

Plaintiff Frederick O'Dell filed a Motion to Remand. Defendants shall file a response to Plaintiff's motion within fourteen (14) days of the entry date of this order. Plaintiff shall file any reply within seven (7) days afterwards.

**DONE** this 24th day of January, 2019.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE